UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL MARK BALDER,

        Plaintiff,

v.

KING COUNTY CORRECTIONAL FACILITY, et al.,

        Defendants.

Case No. C17-0628-RAJ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's amended complaint and this action are DISMISSED without prejudice for failure to state a claim upon which relief may be granted; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

Dated this 22nd day of September, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1